UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:10-22789-CIV-MARTINEZ-WHITE**

ARIEL A. HERNANDEZ,

    Plaintiff,

vs.

TIM RYAN,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE WHITE'S
REPORT AND CLOSING CASE**

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White filed a Report (D.E. No. 5), recommending that Plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(g) as Plaintiff is attempting to proceed in forma pauperis and has filed three or more cases while he has been a prisoner that were dismissed on the grounds that such case was frivlous, malicious, or for failure to state a claim upon which relief may be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. Plaintiff objects primarily, arguing that he has not filed three or more cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. The Court, however, takes judicial notice of the Court's records and finds that Plaintiff has filed at least three cases which have been dismissed for failure to state a claim. *See* (D.E. Nos. 15 and 18 in Case No. 06-60831-CIV); (D.E. Nos. 17 and 19 in Case No. 09-60282-CIV); (D.E. No. 7 in

Case No. 09-22190-CIV).  Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 5)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.     Plaintiff complaint is dismissed pursuant to 28 U.S.C. § 1915(g).  This dismissal is without prejudice to Plaintiff refiling this case with payment to the Clerk of the $350.00 filing fee.

2.     This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of August, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Ariel Hernandez